IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JUAN C. ACOSTA,

      Appellant,

 v.                                                                    Case No.  5D15-3514

BANK OF NEW YORK MELLON,
ETC., ET AL.,

      Appellees.

_____/

Opinion filed August 2, 2016

Non-Final Appeal from the
Circuit Court for Marion
County,
Victor  J. Musleh , Judge.

Juan C. Acosta, Dunnellon, pro se.

Jacqueline Costoya, and
Kelley Kronenberg, Fort Lauderdale,
for Appellee Bank of New York Mellon.

No appearance for remaining Appellees.


PER CURIAM.


      AFFIRMED. *See Decker v. Kaplus*, 763 So. 2d 1229 (Fla. 5th DCA 2000).

EVANDER, BERGER and WALLIS, JJ., concur.